# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN LORENZO,**<br>        Plaintiff,<br><br>v.<br><br>**UPPER HANOVER TOWNSHIP, et al.,**<br>        Defendants. | CIVIL ACTION<br><br><br><br>NO.  22-2023 |

## O R D E R

**AND NOW**, this 9th day of April, 2024, upon consideration of Defendants Troy and Tracey Heuer's (the "Heuers") Motion to Dismiss (ECF No. 13); Defendant Upper Hanover Township's (the "Township") Motion to Dismiss (ECF No. 17); and Plaintiff John Lorenzo's ("Lorenzo") Motion to Extend Time for Service of Process (ECF No. 22), and all briefing in support and in opposition thereto, it is hereby **ORDERED AS FOLLOWS**:

1. Lorenzo's Motion to Extend Time (ECF No. 22) is **DENIED**;

2. The Heuers' Motion to Dismiss is **GRANTED** *without prejudice*;

3. The Township's Motion to Dismiss is **GRANTED**.

BY THE COURT:

/s/ Hon. Kelley B. Hodge
_____
    HODGE, KELLEY B., J.