IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN LORENZO,**<br>Plaintiff,<br><br>v.<br><br>**STEVEN ROTHENBERGER, Individually and on behalf of Upper Hanover Township,**<br>Defendant. | **CIVIL ACTION**<br><br><br><br><br>NO.  22-2023 |

### O R D E R

**AND NOW**, this 24th day of April, 2025, upon consideration of Motion for Summary Judgment of Defendant Steven Rothenberger (ECF 48), it having been reported that the issues between the parties in the above action have been settled, **IT IS ORDERED** as follows:

1. Motion for Summary Judgment of Defendant Steven Rothenberger (ECF 48) is **DENIED AS MOOT.**

2. Pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, the above action is **DISMISSED WITH PREJUDICE**, by agreement of counsel, without costs.

BY THE COURT:

/s/ Hon. Kelley B. Hodge
_____
HODGE, KELLEY B., J.